**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2031**

———————————

HESHAM MOUMEN; FOUAD MOUMEN; KHADIGA MOUMEN,

Plaintiffs - Appellants,

versus

AIRBORNE EXPRESS; AIRBORNE FREIGHT CORPORA-
TION; ABX AIR, INCORPORATED; AIRBORNE FREIGHT
CORPORATION, d/b/a Airborne Express,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-98-1492-A)

———————————

Submitted:  February 29, 2000        Decided:  March 14, 2000

———————————

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Stephen L. Shelnutt, Arlington, Virginia, for Appellants.  David R.
Shane, SHANE & TAITZ, San Francisco, California; David I. Bledsoe,
Alexandria, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants Hesham, Fouad, and Khadiga Moumen appeal the district court's order granting summary judgment in favor of the corporate defendants in the Moumens' civil action alleging breach of contract and intentional infliction of emotional distress. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moumen v. Airborne Express, No. CA-98-1492-A (E.D. Va. July 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED